1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JOSE MUNOZ
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No. 1:11-cr-00353-AWI-BAM-7

12              Plaintiff,                **STIPULATED MOTION AND ORDER TO
                                          REDUCE SENTENCE PURSUANT TO 18
13        v.                              U.S.C. § 3582(c)(2)**

14  JOSE MUNOZ,                          RETROACTIVE DRUGS-MINUS-TWO
                                         REDUCTION CASE
15              Defendant.
                                         Judge: Honorable ANTHONY W. ISHII
16

17        Defendant, JOSE MUNOZ, by and through his attorney, Assistant Federal Defender

18  HANNAH R. LABAREE, and plaintiff, UNITED STATES OF AMERICA, by and through its

19  counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

20        1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24        2.     On January 6, 2014 this Court sentenced Mr. Munoz to a term of 63 months

25  imprisonment;

26        3.     His total offense level was 25, his criminal history category was II, and the

27  resulting guideline range was 63 to 78 months. As a result of the government's motion pursuant

28

to 18 U.S.C. § 3553(e), Mr. Munoz was not subject to a mandatory minimum term of 120 months;

4. The sentencing range applicable to Mr. Munoz was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973; and with an effective date of any such reduction as of November 1, 2015

5. Mr. Munoz' total offense level has been reduced from 25 to 23, and his amended guideline range is 51 to 63 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Munoz' term of imprisonment to 51 months, effective November 1, 2015, provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Respectfully submitted,

Dated: August 20, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: August 20, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ Hannnah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
JOSE MUNOZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Munoz is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 51 to 63 months.

1    IT IS HEREBY ORDERED that the term of imprisonment imposed in January 6, 2014 is reduced to a term of 51 months, provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

    Unless otherwise ordered, Mr. Munoz shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   August 20, 2015                    _____
                                            SENIOR DISTRICT JUDGE